IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENZYME CORPORATION | ) |
|     Plaintiff and Counterclaim-Defendant, | ) |
| v. | ) |
| WATSON LABORATORIES, INC. | ) Civil Action No. 10-1323 (JFM) |
|     Defendant and Counterclaim-Plaintiff. | ) |

## NOTICE OF CHANGE OF FIRM AND EMAIL ADDRESS

John L. North, Norman E.B. Minnear, and Laura Fahey Fritts give notice that as of May 11, 2011, they have relocated to the law firm of Kasowitz, Benson, Torres & Friedman LLP and will continue to practice under that firm at:

> John L. North
> Laura Fahey Fritts
> Kasowitz, Benson, Torres & Friedman LLP
> 1360 Peachtree Street, N.E., Suite 1150
> Atlanta, GA 30309
> Telephone: (404) 260-6132
> Facsimile: (404) 393-0462

> Norman E.B. Minnear
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, New York 10019
> Telephone: (212) 506-1742
> Facsimile: (212) 500-3563

The undersigned's email addresses have changed as follows:

> Email: jnorth@kasowitz.com (John L. North)
> Email: jminnear@kasowitz.com (Norman E. B. Minnear)
> Email: lfritts@kasowitz.com (Laura Fahey Fritts)

courtnotices@kasowitz.com

Respectfully submitted,

Dated: May 12, 2011         /s_____

Joshua A. Glikin (Bar No. 26853)
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
Suite 600
Towson, Maryland 21204
Phone: (410) 583-2400
Fax: (410) 582-2437
glikin@bowie-jensen.com

and

John L. North
jnorth@kasowitz.com
Laura F. Fritts
lfritts@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA 30309
Telephone: (404) 260-6132
Facsimile: (404) 393-0462


Norman E.B. Minnear
jminnear@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Phone: (212) 506-1742
Fax: (212) 500-3563

*Counsel for Defendant and
Counterclaim-Plaintiff,
Watson Laboratories, Inc.*